916

No. ——. WALLACE, GOVERNOR OF ALABAMA *v.* LEE ET AL. D. C. M. D. Ala. Application for a stay presented to MR. JUSTICE BLACK, and by him referred to the Court, denied. *MacDonald Gallion,* Attorney General of Alabama, *Gordon Madison,* Assistant Attorney General, *Nicholas S. Hare,* Special Assistant Attorney General, *John C. Satterfield* and *Maury Smith* for applicant. *Charles S. Ralston, Jack Greenberg, James M. Nabrit III* and *Fred D. Gray* for Lee et al., and *Solicitor General Marshall* and *Assistant Attorney General Doar* for the United States in opposition. :
 .

No. 895. KATZ *v.* UNITED STATES. C. A. 9th Cir. (Certiorari granted, 386 U. S. 954.) Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. *Burton Marks* on the motion.

No. 1643, Misc. RIVERA *v.* GOVERNMENT OF THE VIRGIN ISLANDS; and
No. 1652, Misc. ALLEN *v.* RUSSELL, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1539, Misc. BOLES *v.* BURNETT, CHIEF JUSTICE. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 1218. INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, LOCAL 1291, ET AL. *v.* PHILADELPHIA MARINE TRADE ASSOCIATION. C. A. 3d Cir. Certiorari granted and case set for oral argument immediately following No. 892. *Abraham E. Freedman* and *Martin J. Vigderman* for petitioners.